# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **VERAX BIOMEDICAL INC.,** § § | |
| Plaintiff, § § | |
| v. § | Civil Action No. 1:23-cv-10335-PBS |
| § | |
| **AMERICAN NATIONAL RED CROSS,** § § | |
| Defendant. § § | |

## VERAX BIOMEDICAL INC.'S MOTION TO CERTIFY ORDER FOR INTERLOCUTORY APPEAL OR, IN THE ALTERNATIVE, MOTION FOR RECONSIDERATION

For the reasons stated in the Memorandum filed simultaneously with this motion, Verax respectfully moves the Court to certify for Interlocutory Appeal its order dismissing Verax's Sherman Act claims (ECF 42) or, in the alternative, to reconsider and reverse the same order pursuant to its inherent authority.

Dated: May 3, 2024

Respectfully submitted,

_____

Scott Abeles (admitted *pro hac vice*)
sabeles@carltonfields.com
Benjamin M. Stoll (admitted *pro hac vice*)
bstoll@carltonfields.com
CARLTON FIELDS, P.A.
Suite 400 West
1025 Thomas Jefferson Street, NW
Washington, DC 20007
Telephone: (202) 965-8100

-1-

-2-

        Elizabeth K. Keeley (Bar ID #669311)
        keeley@buttersbrazilian.com
        BUTTERS BRAZILIAN LLP
        699 Boylston Street, 12th Floor
        Boston, Massachusetts 02116
        Telephone:  (617) 367-2600

*Attorneys for Plaintiff Verax Biomedical Inc.*

-3-

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 3rd of May, 2024, I electronically filed the foregoing with the Clerk of the Court using CM/ECF, which in turn will automatically generate a Notice of Electronic Filing to all parties in the case who are registered users of the CM/ECF system.

_____