IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| **VERAX BIOMEDICAL INC.,** | § § § § | |
| Plaintiff, | § § | |
| v. | § § | Civil Action No. 1:23-cv-10335-PBS |
| **AMERICAN NATIONAL RED CROSS,** | § § § | |
| Defendant. | § § § | |

## JOINT STATUS REPORT

In response to the Court's order (ECF 61), Plaintiff Verax Biomedical Inc. ("Verax") and Defendant American National Red Cross ("Red Cross") jointly provide the following status report.

On June 26, 2024, this Court certified its order dismissing Verax's Complaint for interlocutory appeal. ECF 58. On July 8, 2024, Verax timely served its Petition for Interlocutory Appeal in the First Circuit Court of Appeals. *See Verax Biomedical Inc. v. American National Red Cross*, Case No. 24-8020 (1st Cir.). On July 18, 2024, the Red Cross timely served its Answer to the Petition. *Id.* As of today's date, the First Circuit has taken no action on Verax's Petition.

Dated:  January 14, 2025                                   Respectfully submitted,

/s/ *William J. Trach*                                            /s/ *Scott Abeles*
William J. Trach (BBO # 661401)                   Scott Abeles (admitted *pro hac vice*)
   william.trach@lw.com                                      sabeles@carltonfields.com
LATHAM & WATKINS LLP                            Benjamin M. Stoll (admitted *pro hac vice*)
200 Clarendon Street                                          bstoll@carltonfields.com
Boston, MA 02116                                            CARLTON FIELDS, P.A.
Telephone: (617) 948-6000                             Suite 400 West
                                                                          1025 Thomas Jefferson Street, NW
Amanda P. Reeves (*pro hac vice*)                Washington, DC 20007
   amanda.reeves@lw.com                             Telephone:  (202) 965-8100
Jennifer L. Giordano (BBO # 650537)

-2-

jennifer.giordano@lw.com
LATHAM & WATKINS LLP
555 Eleventh Street, NW, Suite 1000
Washington, DC 20004
Telephone: (202) 637-2200

Alfred C. Pfeiffer (*pro hac vice*)
   al.pfeiffer@lw.com
LATHAM & WATKINS LLP
505 Montgomery Street, Suite 2000
San Francisco, CA 94111
Telephone: (415) 391-0600

*Attorneys for Defendant*

Elizabeth K. Keeley (Bar ID #669311)
   keeley@buttersbrazilian.com
BUTTERS BRAZILIAN LLP
699 Boylston Street, 12th Floor
Boston, Massachusetts 02116
Telephone:  (617) 367-2600

*Attorneys for Plaintiff*

-3-

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 14th day of January, 2025, I electronically filed the foregoing with the Clerk of the Court using CM/ECF, which in turn will automatically generate a Notice of Electronic Filing to all parties in the case who are registered users of the CM/ECF system.

/s/ *Scott Abeles*